UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNLOCKD MEDIA, INC LIQUIDATION TRUST | ) ) ) | Case No: 4:21-CV-07250-HSG ~~3:21-cv-07250~~ |
|---|---|---|
| Plaintiff(s), | ) ) ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER** (CIVIL LOCAL RULE 11-3) |
| v. | ) ) | |
| GOOGLE LLC, et al. | ) ) ) | |
| Defendant(s). | ) | |

I, Allan B. Diamond, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Unlockd Media, Inc. Liquidation Trust in the above-entitled action. My local co-counsel in this case is Christopher D. Sullivan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Diamond McCarthy LLP<br>909 Fannin Street, Suite 3700<br>Houston, TX 77010 | Diamond McCarthy LLP:<br>150 California Street, Suite 2200<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>713-333-5100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-692-5200 |
| MY EMAIL ADDRESS OF RECORD:<br>adiamond@diamondmccarthy.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>csullivan@diamondmccarthy.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 05801800.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/27/21                                                                Allan B. Diamond */s/ Allan B. Diamond*
                                                                                                       APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Allan B. Diamond is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/7/2021                                                             */s/ Haywood S. Gilliam, Jr.*
                                                                                    UNITED STATES DISTRICT JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 27, 2021

Re: Mr. Allan Brent Diamond, State Bar Number 05801800

To Whom It May Concern:

This is to certify that Mr. Allan Brent Diamond was licensed to practice law in Texas on November 12, 1979, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Allan Brent Diamond**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 12th day of November, 1979.

    I further certify that the records of this office show that, as of this date

**Allan Brent Diamond**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 27th day of September, 2021.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 8951C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.