CHRISTOPHER D. SULLIVAN (148083)
QUENTIN A. ROBERTS (306687)
**DIAMOND McCARTHY LLP**
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200
Email: csullivan@diamondmccarthy.com
       quentin.roberts@diammondmccarthy.com

SEVANA ZADOURIAN (315037)
**DIAMOND McCARTHY LLP**
333 S. Hope Street, Suite 4050
Los Angeles, CA 90071
Phone: (424) 278-2335
Email: sevana.zadourian@diamondmccarthy.com

*Attorneys for Plaintiff Unlockd Media, Inc. Liquidation Trust*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed Trustee, Peter S. Kaufman<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and ALPHABET, INC.,<br><br>Defendants. | Case No. 21-cv-07250 - HSG<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I hereby declare under penalty of perjury pursuant to the laws of the State of California that I am a citizen of the United States, over the age of 18 years, and not a party to the within action. My business address is 450 Golden Gate Avenue, San Francisco, CA 94102. On the date set forth below, I served the following documents in a sealed envelope which I addressed:

- **Google Asia Pacific Pte Ltd Summons**
- **Redacted Complaint; Dkt. No. 1**
- **Civil Cover Sheet**
- **Unredacted Complaint (Confidential)**
- **Administrative Motion to File Under Seal Portions of the Complaint; Dkt. No. 2**
- **Declaration of Peter S. Kaufman; Dkt. No. 2-1**
- **Exhibit A – Proposed Redactions; Dkt. No. 2-2**
- **Proposed Order – Dkt. No. 2-3**
- **Certification of Interested Entities or Persons; Dkt. No. 3**
- **Notice of Assignment of Case to a U.S. Magistrate**
- **Civil Standing Order for Magistrate Judge Tse**
- **Consenting to the Jurisdiction of a Magistrate Judge**
- **Initial Case Management Scheduling Order with ADR Deadlines; Dkt. No. 5**
- **Standing Order for All Judges of the Northern District of California**
- **CONSENT/DECLINATION to Proceed Before a US Magistrate Judge; Dkt. No. 17**
- **Order Reassigning Case; Dkt. No. 20**

☒   **BY U.S. MAIL:** I placed the documents listed above in a sealed envelope, requiring a signed receipt, on this same day with postage thereon fully prepaid, addressed as set forth below, and placed the envelope in the United States Mail at the United States District Court for the Northern District of California's Post Office located at 450 Golden Gate Avenue, San Francisco, CA 94102.

Google Asia Pacific Pte. Ltd.
8 Marina Blvd 05-02 Marina Bay
Financial Centre,
Singapore 018981

Proof of Service

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.
3  Executed on October 13, 2021, at San Francisco, California.

Thelma Nudo, Deputy Clerk

Proof of Service



| | | | |
|---|---|---|---|
| **Registered No.** | | | **Date Stamp** 0045 55 |
| Postage $ $41.50 | Extra Services & Fees *(continued)* | | |
| Extra Services & Fees<br>☐ Registered Mail $ $16.30 | ☐ Signature Confirmation $ | | |
| ☐ Return Receipt *(hardcopy)* $ $0.00 | ☐ Signature Confirmation Restricted Delivery $ | | |
| ☐ Return Receipt *(electronic)* $ $0.00 | **Total Postage & Fees** $ $57.80 | | OCT 13 2021 |
| ☐ Restricted Delivery $ | | | |
| Customer Must Declare Full Value $0.00 $ | Received by 10/13/2021 | | Domestic Insurance up to $50,000 is included based upon the **declared indemnity**. International Indemnity is limited. (See Reverse). |

OFFICIAL USE
SAN FRANCISCO, CA 94102

**FROM:**
Quentin Roberts
150 California St, Suite 2200
San Francisco, CA 94111

**TO:**
Google Asia Pacific Pte. Ltd.
8 Marina B/VD 05-02 Marina
Bay Financial Centre
Singapore 018981

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

*Copy 1 - Customer*
*(See Information on Reverse)*



USPS Customs Declaration and Dispatch Note — Sender's Copy (PS Form 2976-R, April 2016)