1  CHRISTOPHER D. SULLIVAN (148083)
   QUENTIN A. ROBERTS (306687)
2  **DIAMOND McCARTHY LLP**
   150 California Street, Suite 2200
3  San Francisco, CA 94111
   Phone: (415) 692-5200
4  Email: csullivan@diamondmccarthy.com
            quentin.roberts@diammondmccarthy.com
5
   SEVANA ZADOURIAN (315037)
6  **DIAMOND McCARTHY LLP**
   333 S. Hope Street, Suite 4050
7  Los Angeles, CA 90071
   Phone: (424) 278-2335
8  Email: sevana.zadourian@diamondmccarthy.com

9  *Attorneys for Plaintiff Unlockd Media, Inc. Liquidation Trust*

FILED
OCT 13 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed Trustee, Peter S. Kaufman,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and ALPHABET, INC.,<br><br>Defendants. | Case No. 21-cv-07250-HSG<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I hereby declare under penalty of perjury pursuant to the laws of the State of California that I am a citizen of the United States, over the age of 18 years, and not a party to the within action. My business address is 450 Golden Gate Avenue, San Francisco, CA 94102. On the date set forth below, I served the following documents in a sealed envelope which I addressed:

- **Google Ireland Limited Summons**
- **Redacted Complaint; Dkt. No. 1**
- **Civil Cover Sheet**
- **Unredacted Complaint (Confidential)**
- **Administrative Motion to File Under Seal Portions of the Complaint; Dkt. No. 2**
- **Declaration of Peter S. Kaufman; Dkt. No. 2-1**
- **Exhibit A – Proposed Redactions; Dkt. No. 2-2**
- **Proposed Order – Dkt. No. 2-3**
- **Certification of Interested Entities or Persons; Dkt. No. 3**
- **Notice of Assignment of Case to a U.S. Magistrate**
- **Civil Standing Order for Magistrate Judge Tse**
- **Consenting to the Jurisdiction of a Magistrate Judge**
- **Initial Case Management Scheduling Order with ADR Deadlines; Dkt. No. 5**
- **Standing Order for All Judges of the Northern District of California**
- **CONSENT/DECLINATION to Proceed Before a US Magistrate Judge; Dkt. No. 17**
- **Order Reassigning Case; Dkt. No. 20**

☒   **BY U.S. MAIL:** I placed the documents listed above in a sealed envelope, requiring a signed receipt, on this same day with postage thereon fully prepaid, addressed as set forth below, and placed the envelope in the United States Mail at the United States District Court for the Northern District of California's Post Office located at 450 Golden Gate Avenue, San Francisco, CA 94102.

Google Ireland Limited
GORDON HOUSE BARROW
ST DUBLIN 4
DUBLIN, DUBLIN

Proof of Service

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 13, 2021, at San Francisco, California.

_____
Thelma Nudo, Deputy Clerk



Case 4:21-cv-07250-HSG  Document 30  Filed 10/13/21  Page ...

**Registered No.** RH031 0554805
**Date Stamp** 0045 55

| Postage $ $45.75 | Extra Services & Fees (continued) |
|---|---|
| **Extra Services & Fees** | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ $16.30 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ $0.00 | **Total Postage & Fees** $ $62.05 |
| ☐ Restricted Delivery $ | |
| Customer Must Declare Full Value $0.00 $ | Received by 10/13/2021 |

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Quentin Roberts
150 California Street, Suite 2200
San Francisco, CA 94111

TO: Google Ireland Limited
Gordon House Barrow St. Dublin 4
Dublin, Dublin

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

*Copy 1 – Customer*
*(See Information on Reverse)*

