COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
ASHLEY K. CORKERY (301380)
(acorkery@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  9411-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

DEEPTI BANSAL (1001754) *(pro hac vice pending)*
(dbansal@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842 7899

Attorneys for Defendants
GOOGLE LLC, GOOGLE IRELAND LTD.,
GOOGLE COMMERCE LTD., GOOGLE ASIA
PACIFIC PTE. LTD., and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, Peter S. Kaufman,<br><br>Plaintiff,<br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and ALPHABET INC.,<br><br>Defendants. | Case No.  4:21-cv-07250-HSG<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE ; ORDER**<br><br>Hon. Haywood S. Gilliam, Jr. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION TO EXTEND TIME FOR DEFS
TO RESPOND TO COMPL. & CONTINUE CMC
(CASE NO. 4:21-CV-07250-HSG)

Pursuant to Civil Local Rules 6-1(a), 7-12, and 16-2, Plaintiff Unlockd Media, Inc. Liquidation Trust, by and through its duly appointed trustee, Peter S. Kaufman ("Plaintiff") and Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Alphabet Inc. ("Defendants") (collectively, "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on September 17, 2021 (ECF No. 1);

WHEREAS, the Complaint was served on Defendant Google LLC on September 24, 2021 (ECF No. 15);

WHEREAS, the Complaint was served on Defendant Alphabet Inc. on September 24, 2021 (ECF No. 16);

WHEREAS, Defendants Google LLC and Alphabet Inc.'s deadline to answer or otherwise respond to the Complaint is October 15, 2021;

WHEREAS, the Case Management Conference has been set for January 4, 2022 (ECF No. 21);

WHEREAS, counsel for Defendants have agreed to accept service of the Complaint on behalf of the three foreign Defendants—Google Ireland Ltd., Google Commerce Ltd., and Google Asia Pacific Pte. Ltd.;

WHEREAS, Defendants agree not to contest service of process, but the Parties otherwise agree that neither this Stipulation, nor Defendants' counsel's acceptance of service on behalf of the three foreign Defendants, nor this extension waives any other defenses, including any based on personal jurisdiction;

WHEREAS, the Parties have agreed to extend Defendants' deadline to answer or otherwise respond to the Complaint by ninety (90) days, until January 13, 2022 and have further agreed that Plaintiff's deadline to oppose any responsive motion to the Complaint will be sixty (60) days from Defendants' filing of any responsive motion and Defendants' deadline to reply will be thirty (30) days from Plaintiff's filing of an opposition;

WHEREAS, the Parties respectfully request that the Court continue the Case Management Conference by four weeks to February 1, 2022 at 2:00 p.m. PT, or on another date convenient to the Court, with the initial case management deadlines rescheduled accordingly from the new Case

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO EXTEND TIME FOR DEFS
TO RESPOND TO COMPL. & CONTINUE CMC
(CASE NO. 4:21-CV-07250-HSG)

Management Conference date;

WHEREAS, good cause exists for the extension and continuance as the matter involves five defendants, three of which are international entities, and defense counsel have just recently been engaged for this action and require time to investigate the facts and prepare an initial pleading. The request is reasonable particularly given the length and complexity of the Complaint and the allegations contained therein.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:

1. Counsel for Defendants accept service on behalf of the three foreign Defendants—Google Ireland Ltd., Google Commerce Ltd., and Google Asia Pacific Pte. Ltd.;

2. Defendants' deadline to answer or otherwise respond to the Complaint is extended to January 13, 2022, and Plaintiff shall have sixty (60) days from Defendants' filing to oppose any responsive motion and Defendants shall have thirty (30) days from Plaintiff's filing of any opposition to any responsive motion to file a reply;

3. The Case Management Conference currently scheduled for January 4, 2022 shall be continued to February 1, 2022 at 2:00 p.m. PT, or on another date convenient to the Court; and

4. The initial case management deadlines shall be rescheduled accordingly from the new Case Management Conference date.

**IT IS SO STIPULATED.**

Dated: October 15, 2021          COOLEY LLP


　　　　　　　　　　　　　　　　　　　　 /s/ Beatriz Mejia
　　　　　　　　　　　　　　　　　　　　Beatriz Mejia

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　GOOGLE LLC, GOOGLE IRELAND LTD.,
　　　　　　　　　　　　　　　　　　　　GOOGLE COMMERCE LTD., GOOGLE ASIA
　　　　　　　　　　　　　　　　　　　　PACIFIC PTE. LTD., and ALPHABET INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION TO EXTEND TIME FOR DEFS
TO RESPOND TO COMPL. & CONTINUE CMC
(CASE NO. 4:21-CV-07250-HSG)

| | |
|---|---|
| Dated: October 15, 2021 | CRAVATH, SWAINE & MOORE LLP |
| | By: /s/ Lauren Rosenberg |
| |     Lauren Rosenberg |

Evan R. Chesler (Bar No. N/A)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
khummel@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren Rosenberg (*pro hac vice*)
lrosenberg@cravath.com

825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

DIAMOND McCARTHY LLP

Christopher S. Sullivan
csullivan@diamondmccarthy.com
150 California Street, Suite 2200
San Francisco, CA 94111
Telephone: (415) 692-5200
Facsimile: (415) 263-9200

Allan B. Diamond (*pro hac vice*)
adiamond@diamondmccarthy.com
909 Fannin Street, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

Attorneys for Plaintiff
UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, PETER S. KAUFMAN

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION TO EXTEND TIME FOR DEFS
TO RESPOND TO COMPL. & CONTINUE CMC
(CASE NO. 4:21-CV-07250-HSG)

## ORDER

Pursuant to the Parties' stipulation and good cause having been shown, it is ordered that Defendants' response to the Complaint is due on or before January 13, 2022, and any opposition to a responsive motion will be due sixty (60) days from Defendants' filing and Defendants' reply will be due thirty (30) days from Plaintiff's opposition. The initial case management conference is continued from January 4, 2022 to February 1, 2022 at 2:00 p.m. PT, and the Parties' joint case management statement is due on or before January 25, 2022. Defendants will not contest service of process, and Defendants' counsel's acceptance of service on behalf of the three foreign Defendants does not waive any other defenses, including any based on personal jurisdiction.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/18/2021

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.

STIPULATION TO EXTEND TIME FOR DEFS
TO RESPOND TO COMPL. & CONTINUE CMC
(CASE NO. 4:21-CV-07250-HSG)