# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNLOCKD MEDIA, INC.<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>GOOGLE LLC, et al.<br><br>　　　　　Defendant(s). | Case No: 4:21-cv-07250-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Deepti Bansal, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Alphabet Inc. in the above-entitled action. My local co-counsel in this case is Beatriz Mejia, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 842-7800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 693-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>dbansal@cooley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bmejia@cooley.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1001754.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: October 15, 2021　　　　　　　　　　　　/s/ Deepti Bansal
　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT
　　　　　　　　　　　　　　　　　　　　　　　　Deepti Bansal

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Deepti Bansal is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/20/2021　　　　　　　　　　　　　　Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Deepti Bansal*

was duly qualified and admitted on February 3, 2014 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 14, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.