Evan R. Chesler (echesler@cravath.com)
Keith R. Hummel (*pro hac vice*, khummel@cravath.com)
Yonatan Even (*pro hac vice*, yeven@cravath.com)
Lauren M. Rosenberg (*pro hac vice*, lrosenberg@cravath.com)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

Christopher S. Sullivan (csullivan@diamondmccarthy.com)
Quentin A. Roberts (quentin.roberts@diamondmccarthy.com)
**DIAMOND McCARTHY LLP**
150 California Street, Suite 2200
San Francisco, CA 94111
Telephone:  (415) 692-5200
Facsimile:  (415) 263-9200

Allan B. Diamond (*pro hac vice*, adiamond@diamondmccarthy.com)
**DIAMOND McCARTHY LLP**
909 Fannin Street, 37th Floor
Houston, TX 77010
Telephone:  (713) 333-5100
Facsimile:  (713) 333-5199

Sevana Zadourian (sevana.zadourian@diamondmccarthy.com)
**DIAMOND McCARTHY LLP**
333 South Hope Street, Suite 4050
Los Angeles, CA 90071
Telephone:  (424) 278-2338
Facsimile:  (424) 278-2339

*Attorneys for Plaintiff Unlockd Media, Inc. Liquidation Trust*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, Peter S. Kaufman,<br><br>   Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and ALPHABET INC.,<br><br>   Defendants. | Case No. 4:21-CV-07250-HSG<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), Evan R. Chesler, Keith R. Hummel, Yonatan Even and Lauren M. Rosenberg of the law firm of Cravath, Swaine & Moore LLP hereby withdraw their appearance as counsel for Unlockd Media Liquidation Trust, by and through its duly appointed trustee, Peter S. Kaufman in the above-captioned action.  Unlockd Media Liquidation Trust, by and through its duly appointed trustee, Peter S. Kaufman continues to be represented by the law firm of Diamond McCarthy LLP.

Dated:  December 9, 2021

Respectfully submitted,

By:     /s/ Evan R. Chesler

**CRAVATH, SWAINE & MOORE LLP**

Evan R. Chesler
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
khummel@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren Rosenberg (*pro hac vice*)
lrosenberg@cravath.com

825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700