DIAMOND McCARTHY LLP
Allan B. Diamond (admitted *pro hac vice*)
adiamond@diamondmccarthy.com
909 Fannin Street, 37th Floor
Houston, Texas 77010
Tel: 713.333.5100 | Fax: 713.333.5199

Christopher D. Sullivan (SBN 148083)
csullivan@diamondmccarthy.com
Quentin A. Roberts (SBN 306687)
quentin.roberts@diamondmccarthy.com
150 California Street, Suite 2200
San Francisco, California 94111
Tel: 415.692.5200 | Fax: 415.263.9200

Sevana Zadourian (SBN 315037)
sevana.zadourian@diamondmccarthy.com
333 South Hope Street, Suite 4050
Los Angeles, California 90071
Tel: 424.278.2335 | Fax: 424.278.2339

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, Peter S. Kaufman,<br><br>Plaintiff,<br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and ALPHABET INC.,<br><br>Defendants. | Case No. 4:21-cv-07250-HSG<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-1(b), 7-12, and 16-2, Plaintiff Unlockd Media, Inc. Liquidation Trust, by and through its duly appointed trustee, Peter S. Kaufman ("Plaintiff") and Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Alphabet Inc. ("Defendants") (collectively, "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on September 17, 2021 (ECF No. 1);

WHEREAS, pursuant to a stipulation of the Parties, on October 15, 2021, this Court ordered: (1) Defendants' deadline to answer or respond to the Complaint is January 13, 2022; (2) Plaintiff's deadline to oppose any responsive motion is sixty (60) days from Defendants' filing; (3) Defendants' reply is due thirty (30) days from Plaintiff's opposition; (4) the Case Management Conference is set for February 1, 2022 at 2:00 p.m. PT; and (5) the Parties' joint case management statement is due on or before January 25, 2022 (ECF No. 39);

WHEREAS, at the request of the Plaintiff due to a change of one of the firms that are co-counsel for Plaintiff, the Parties have agreed to further extend Defendants' deadline to answer or otherwise respond to the Complaint by sixty (60) days, until March 14, 2022 and have further agreed that Plaintiff's deadline to oppose any responsive motion will be sixty (60) days from Defendants' filing of any responsive motion and Defendants' deadline to reply will be thirty (30) days from Plaintiff's filing of an opposition;

WHEREAS, the Parties respectfully request that the Court reschedule the Case Management Conference by 60 days to April 5, 2022 at 2:00 p.m. PT, or on another date convenient to the Court, and that the Parties' joint case management statement shall be due on or before March 29, 2022;

WHEREAS, good cause exists for the stipulated extensions as the matter is a large and complex antitrust case and new co-counsel for the Plaintiff requires additional time to become familiar with the facts and scope of matters to be addressed as part of the case management process and prepare to address any initial pleading or motion by Defendants. The request is reasonable particularly given the length and complexity of the Complaint and the allegations contained therein.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:

1. Defendants' deadline to answer or otherwise respond to the Complaint is extended to March 14, 2022, and Plaintiff shall have sixty (60) days from Defendants' filing to oppose any responsive motion and Defendants shall have thirty (30) days from Plaintiff's filing of any opposition to any responsive motion to file a reply;

2. The Case Management Conference currently scheduled for February 1, 2022 shall be continued to April 5, 2022 at 2:00 p.m. PT, or on another date convenient to the Court; and

3. The Parties' joint case management statement shall be due on or before March 29, 2022.

**IT IS SO STIPULATED.**

Dated:  December 21, 2021                    DIAMOND MCCARTHY LLP


By: */s/ Christopher D. Sullivan*
Christopher D. Sullivan


CADWALADER, WICKERSHAM & TAFT LLP
Nicholas A. Gravante, Jr.  (admitted *pro hac vice*)
nicholas.gravante@cwt.com
Philip J. Iovieno (admitted *pro hac vice*)
philip.lovieno@cwt.com
Jack G. Stern (admitted *pro hac vice*)
jack.stern@cwt.com
200 Liberty Street
New York, NY 10281
Tel: 212.504.6000 | Fax: 212.504.6666

Attorneys for Plaintiff
UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, PETER S. KAUFMAN

| | | |
|---|---|---|
| 1 | Dated: December 21, 2021 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Beatriz Mejia* |
| 4 | | Beatriz Mejia |
| 5 | | Attorneys for Defendants |
| 6 | | GOOGLE LLC, GOOGLE IRELAND LTD., GOOGLE COMMERCE LTD., GOOGLE ASIA PACIFIC PTE. LTD., and ALPHABET INC. |

# ORDER

Pursuant to the Parties' stipulation and good cause having been shown, it is ordered that Defendants' response to the Complaint is due on or before March 14, 2022, and any opposition to a responsive motion will be due sixty (60) days from Defendants' filing and Defendants' reply will be due thirty (30) days from Plaintiff's opposition. The initial case management conference is continued from February 1, 2022 to April 5, 2022 at 2:00 p.m. PT, and the Parties' joint case management statement is due on or before March 29, 2022.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/22/2021

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE