DIAMOND McCARTHY LLP
Allan B. Diamond (admitted *pro hac vice*)
adiamond@diamondmccarthy.com
909 Fannin Street, 37th Floor
Houston, Texas 77010
Tel: 713.333.5100 | Fax: 713.333.5199

Christopher D. Sullivan (SBN 148083)
csullivan@diamondmccarthy.com
Quentin A. Roberts (SBN 306687)
quentin.roberts@diamondmccarthy.com
150 California Street, Suite 2200
San Francisco, California 94111
Tel: 415.692.5200 | Fax: 415.263.9200

Sevana Zadourian (SBN 315037)
sevana.zadourian@diamondmccarthy.com
333 South Hope Street, Suite 4050
Los Angeles, California 90071
Tel: 424.278.2335 | Fax: 424.278.2339

CADWALADER, WICKERSHAM & TAFT LLP
Nicholas A. Gravante Jr. (admitted *pro hac vice*)
nicholas.gravante@cwt.com
Philip J. Iovieno (admitted *pro hac vice*)
philip.iovieno@cwt.com
Jack G. Stern (admitted *pro hac vice*)
jack.stern@cwt.com
200 Liberty Street
New York, NY 10281
Tel: 212.504.6000 | Fax: 212.504.6666

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA- OAKLAND DIVISION

| | |
|---|---|
| UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, Peter S. Kaufman,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and ALPHABET INC.,<br><br>Defendants. | Case No.  4:21-cv-07250-HSG<br><br>STIPULATION TO VOLUNTARILY DISMISS ALPHABET INC. WITHOUT PREJUDICE; ORDER<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:  September 17, 2021 |

Plaintiff Unlockd Media, Inc. Liquidation Trust, by and through its duly appointed trustee, Peter S. Kaufman ("Plaintiff") and Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Alphabet Inc. ("Defendants") (collectively, "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on September 17, 2021 (ECF No. 1);

WHEREAS, Plaintiff filed its First Amended Complaint on January 23, 2022 (ECF No. 54);

WHEREAS, as part of an ongoing meet and confer process, Defendants asked that Plaintiff consider dismissing Alphabet Inc. ("Alphabet") from the action, taking the position that allegations made with respect to Alphabet's role in the relevant conduct or to establish alter ego liability were not pled sufficiently;

WHEREAS, Defendants maintain that Alphabet is not a proper party to this action and reserve their right to move to dismiss Alphabet in any amended complaint;

WHEREAS, Plaintiff believes, regardless of whether the allegations were pled sufficiently in the First Amended Complaint, Plaintiff can include in a subsequent amended complaint allegations that show more than sufficient well pled facts to establish that Alphabet is a proper party to the action;

WHEREAS, to avoid the need for briefing on this issue, the Parties, by and through their counsel, have agreed to dismiss Alphabet from this action without prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:

1. Alphabet shall be dismissed without prejudice as a party to this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2. The current case caption and docket shall be updated to remove Alphabet as a Defendant; and

3. If any part of Defendants' Motion to Dismiss is granted and Plaintiff is given leave to amend the First Amended Complaint, Plaintiff may amend to include Alphabet as a party and include additional factual allegations directed to Alphabet's involvement in, and potential liability for, the conduct alleged in the First Amended Complaint and Defendants reserve their right to challenge the sufficiency of those amended allegations.

**IT IS SO STIPULATED.**

Dated: March 10, 2022                    DIAMOND MCCARTHY LLP

By: */s/ Christoher D. Sullivan*
Christopher D. Sullivan

Attorneys for Plaintiff
UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, PETER S. KAUFMAN

Dated: March 10, 2022                    COOLEY LLP

By: */s/ Beatriz Mejia*
Beatriz Mejia

Attorneys for Defendants
GOOGLE LLC, GOOGLE IRELAND LTD., GOOGLE COMMERCE LTD., GOOGLE ASIA PACIFIC PTE. LTD., and ALPHABET INC.

STIPULATION TO VOLUNTARILY DISMISS
ALPHABET INC. WITHOUT PREJUDICE
(Case No. 4:21-cv-07250-HSG)                    3

**ORDER**

Pursuant to the Parties' stipulation and good cause having been shown, it is ordered that Alphabet Inc. shall be dismissed without prejudice as a party to this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; the current case caption and docket shall be updated to remove Alphabet Inc. as a Defendant; and if Defendants' Motion to Dismiss is granted and Plaintiff is given leave to amend the First Amended Complaint, Plaintiff may amend to include Alphabet Inc. as a party and Defendants reserve their right to still challenge the sufficiency of those amended allegations.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/10/2022

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE