COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
ASHLEY K. CORKERY (301380) (acorkery@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 9411-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

JOHN C. DWYER (136533) (dwyerjc@cooley.com)
ALEXANDER J. KASNER (310637) (akasner@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

DEEPTI BANSAL (1001754) *(admitted pro hac vice)* (dbansal@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842 7899

Attorneys for Defendants
GOOGLE LLC, GOOGLE IRELAND LTD.,
GOOGLE COMMERCE LTD., and GOOGLE ASIA
PACIFIC PTE. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, Peter S. Kaufman,<br><br>Plaintiff,<br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; and GOOGLE ASIA PACIFIC PTE. LIMITED,<br><br>Defendants. | Case No. 4:21-cv-07250-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (as modified)**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-1(a), 6-2, and 16-2(d)(e), Plaintiff Unlockd Media, Inc. Liquidation Trust, by and through its duly appointed trustee, Peter S. Kaufman ("Plaintiff") and Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, and Google Asia Pacific Pte. Limited ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on September 17, 2021 (ECF No. 1);

WHEREAS, pursuant to the Parties' stipulation, on December 22, 2021, this Court ordered the following: (1) Defendants' deadline to answer or respond to the Complaint is on or before March 14, 2022, with any opposition to a responsive motion due sixty (60) days from Defendants' filing, and any reply due thirty (30) days from Plaintiff's opposition; and (2) the Case Management Conference is continued to April 5, 2022 at 2:00 p.m. PT (ECF Nos. 52, 53);

WHEREAS, on January 23, 2022, Plaintiff filed the First Amended Complaint (ECF No. 54);

WHEREAS, Defendants are filing a Motion to Dismiss the First Amended Complaint ("Motion to Dismiss") on March 14, 2022;

WHEREAS, the Case Management Conference is currently scheduled to take place months before the Parties will have completed briefing of Defendants' Motion to Dismiss;

WHEREAS, the Parties respectfully request that the Court continue the Case Management Conference until August 23, 2022, which is roughly one month after the hearing date Defendants intend to notice on their Motion to Dismiss;

WHEREAS, there is good cause to continue the Case Management Conference until at least after Defendants' Motion to Dismiss has been fully briefed and heard, as the issues raised in Defendants' Motion to Dismiss could implicate matters that would be discussed at the Case Management Conference that is currently scheduled to take place while the Motion to Dismiss is still being briefed;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:

1. The Case Management Conference currently scheduled for April 5, 2022 shall be continued to August 23, 2022 at 2:00 p.m. PT or on another date that is convenient for the Court; and

2. The initial case management deadlines shall be rescheduled accordingly from the new Case Management Conference date.

**IT IS SO STIPULATED.**

Dated: March 14, 2022                    COOLEY LLP

                                                    */s/ Beatriz Mejia*
                                                    Beatriz Mejia

Attorneys for Defendants
GOOGLE LLC, GOOGLE IRELAND LTD., GOOGLE COMMERCE LTD., GOOGLE ASIA PACIFIC PTE. LTD.

Dated: March 14, 2022                    DIAMOND McCARTHY LLP

By: */s/Christopher D. Sullivan*
      Christopher D. Sullivan

Attorneys for Plaintiff
UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, PETER S. KAUFMAN

**ORDER**

Pursuant to the Parties' stipulation and good cause having been shown, it is ordered that the Case Management Conference scheduled for April 5, 2022 is continued until August 23, 2022 at 2:00 p.m. PT. It is further ordered that the initial case management deadlines shall be rescheduled accordingly from the new Case Management Conference date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/14/2022

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE