COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
ASHLEY K. CORKERY (301380) (acorkery@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  9411-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

JOHN C. DWYER (136533) (dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

DEEPTI BANSAL (1001754) *(admitted pro hac vice)* (dbansal@cooley.com)
ALEXANDER J. KASNER (310637) (akasner@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842 7899

Attorneys for Defendants
GOOGLE LLC, GOOGLE IRELAND LTD.,
GOOGLE COMMERCE LTD., and GOOGLE ASIA
PACIFIC PTE. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, Peter S. Kaufman,<br><br>Plaintiff,<br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; and GOOGLE ASIA PACIFIC PTE. LIMITED,<br><br>Defendants. | Case No.  4:21-cv-07250-HSG<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO EXCHANGE INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(C) AND ORDER**<br><br>Hon. Haywood S. Gilliam, Jr. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

JOINT STIPULATION TO EXTEND DEADLINE TO
EXCHANGE INITIAL DISCLOSURES
(CASE NO. 4:21-CV-07250-HSG)

Pursuant to Civil Local Rules 6-2 and 7-12 and Federal Rule of Civil Procedure 26(a)(1)(C), Plaintiff Unlockd Media, Inc. Liquidation Trust, by and through its duly appointed trustee, Peter S. Kaufman ("Plaintiff"), and Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, and Google Asia Pacific Pte. Limited ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on September 17, 2021 (ECF No. 1);

WHEREAS, on March 14, 2022, Defendants filed a Motion to Dismiss the First Amended Complaint (ECF No. 60);

WHEREAS, pursuant to the Parties' stipulation and this Court's order, the Parties' initial Case Management Conference and Defendants' Motion to Dismiss are set to be heard on September 29, 2022 at 2:00 p.m. PT (ECF No. 71);

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), parties are generally required to exchange initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order;

WHEREAS, given the pending Motion to Dismiss, the Parties believe good cause exists to extend the date for exchange of initial disclosures to twenty (20) days after this Court rules on Defendants' pending Motion to Dismiss (ECF No. 60) if the Motion is denied; and if the Court grants the Motion to Dismiss with leave to amend, until twenty (20) days after the filing of an answer or other responsive pleading to the amended operative complaint;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice either Party;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any rights, defenses, affirmative defenses, or objections; and

WHEREAS, the requested modifications will not otherwise impact the schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that the deadline for the Parties to exchange initial disclosures as required under Federal Rule of Civil Procedure 26(a) is extended to twenty (20) days after this Court rules on Defendants' pending Motion

to Dismiss (ECF No. 60) if the Motion is denied; and if the Court grants the Motion to Dismiss with leave to amend, until twenty (20) days after the filing of an answer or other responsive pleading to the amended operative complaint.

**IT IS SO STIPULATED.**

Dated: September 19, 2022          COOLEY LLP


By: /s/ Beatriz Mejia
     Beatriz Mejia

Attorneys for Defendants
GOOGLE LLC, GOOGLE IRELAND LTD.,
GOOGLE COMMERCE LTD., GOOGLE ASIA
PACIFIC PTE. LTD.

Dated: September 19, 2022          DIAMOND McCARTHY LLP


By: /s/ Grace J. Pak
     Grace J. Pak

Attorneys for Plaintiff
UNLOCKD MEDIA, INC. LIQUIDATION TRUST,
by and through its duly appointed trustee, PETER S. KAUFMAN

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

JOINT STIPULATION TO EXTEND DEADLINE TO
EXCHANGE INITIAL DISCLOSURES
(CASE NO. 4:21-CV-07250-HSG)

## ORDER

Pursuant to the Parties' stipulation and good cause having been shown, it is ordered that the deadline for the Parties to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) is extended to twenty (20) days after this Court rules on Defendants' pending Motion to Dismiss (ECF No. 60) if the Motion is denied; and if the Court grants the Motion to Dismiss with leave to amend, until twenty (20) days after the filing of an answer or other responsive pleading to the amended operative complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/20/2022

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE