COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
ASHLEY K. CORKERY (301380) (acorkery@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

JOHN C. DWYER (136533) (dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

DEEPTI BANSAL (1001754) *(admitted pro hac vice)* (dbansal@cooley.com)
ALEXANDER J. KASNER (310637) (akasner@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800
Facsimile:     (202) 842 7899

Attorneys for Defendants
GOOGLE LLC, GOOGLE IRELAND LTD.,
GOOGLE COMMERCE LTD., and GOOGLE ASIA
PACIFIC PTE. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, Peter S. Kaufman,<br><br>Plaintiff,<br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; and GOOGLE ASIA PACIFIC PTE. LIMITED,<br><br>Defendants. | Case No.  4:21-cv-07250-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE (as modified)**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(d)–(e), Plaintiff Unlockd Media, Inc. Liquidation Trust, by and through its duly appointed trustee, Peter S. Kaufman ("Plaintiff") and Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, and Google Asia Pacific Pte. Limited ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on September 17, 2021 (ECF No. 1);

WHEREAS, on March 14, 2022, Defendants filed a Motion to Dismiss the First Amended Complaint (ECF No. 60);

WHEREAS, pursuant to the Parties' stipulation and this Court's order, the Parties' initial Case Management Conference and Defendants' Motion to Dismiss were previously set to be heard on September 29, 2022 at 2:00 p.m. PT (ECF No. 71);

WHEREAS, on September 26, 2022, this Court continued the initial Case Management Conference and the Motion to Dismiss hearing to October 27, 2022 (ECF No. 89);

WHEREAS, counsel for the Parties have unavoidable conflicts on October 27, 2022;

WHEREAS, the Parties believe good cause exists to continue the initial Case Management Conference and hearing on Defendants' Motion to Dismiss to preferably (1) November 10, 2022 at 2:00 p.m. PT; or alternatively, in case November 10, 2022 does not work with the Court's schedule, (2) December 1, 2022 at 2:00 p.m. PT;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice either Party;

WHEREAS, the requested modifications will not otherwise impact the schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that the hearing for the Parties' initial Case Management Conference and Defendants' Motion to Dismiss be continued to:

(1)   Preferably November 10, 2022 at 2:00 p.m. PT; or

(2)   Alternatively, in case November 10, 2022 does not work with the Court's schedule, December 1, 2022 at 2:00 p.m. PT.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: September 28, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ *Beatriz Mejia* |
| 4 | | Beatriz Mejia |
| 5 | | |
| 6 | | Attorneys for Defendants |
| 7 | | GOOGLE LLC, GOOGLE IRELAND LTD., GOOGLE COMMERCE LTD., and GOOGLE ASIA PACIFIC PTE. LTD. |
| 8 | | |
| 9 | Dated: September 28, 2022 | DIAMOND McCARTHY LLP |
| 10 | | |
| 11 | | By: /s/ *Grace J. Pak* |
| 12 | | Grace J. Pak |
| 13 | | |
| 14 | | Attorneys for Plaintiff UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, PETER S. KAUFMAN |

**ORDER**

Pursuant to the Parties' stipulation and good cause having been shown, it is ordered that the initial Case Management Conference and the Motion to Dismiss hearing scheduled for October 27, 2022 are continued to November 10, 2022 at 2:00 p.m. PT.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/29/2022

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE