COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
ASHLEY K. CORKERY (301380) (acorkery@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

JOHN C. DWYER (136533) (dwyerjc@cooley.com)
ALEXANDER J. KASNER (310637) (akasner@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

DEEPTI BANSAL (*admitted pro hac vice*) (dbansal@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842 7899

Attorneys for Defendants
GOOGLE LLC, GOOGLE IRELAND LTD.,
GOOGLE COMMERCE LTD., and GOOGLE ASIA
PACIFIC PTE. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNLOCKD MEDIA, INC. LIQUIDATION TRUST, by and through its duly appointed trustee, Peter S. Kaufman,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, GOOGLE IRELAND LTD., GOOGLE COMMERCE LTD., and GOOGLE ASIA PACIFIC PTE. LTD.,<br><br>Defendants. | Case No. 4:21-cv-07250-HSG<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION TO EXTEND TIME TO TIME TO ANSWER OR RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO SERVE INITIAL DISCLOSURES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING EX PARTE
TO EXTEND TIME
CASE NO. 4:21-CV-07250-HSG

Defendants Google LLC, Google Ireland Ltd., Google Commerce Ltd., and Google Asia Pacific Pte. Ltd., (collectively, "Defendants") have filed an *ex parte* motion for an order extending the time to respond to Plaintiff's Second Amended Complaint and serve Initial Disclosures.

Having considered Defendants' *ex parte* motion, the Court hereby **GRANTS** Defendants' Motion:

- Defendants' deadline to answer or otherwise respond to the Second Amended Complaint is on or before December 11, 2023;
- Plaintiff's deadline to oppose any responsive motion to the Second Amended Complaint is on or before January 25, 2024;
- Defendants' deadline to reply in support of any response to the Second Amended Complaint will be February 26, 2024; and
- The deadline to serve initial disclosures will be twenty (20) days after the Court rules on any responsive motion to the Second Amended Complaint, if such responsive motion is denied; and if the Court grants the responsive motion with leave to amend, until twenty (20) days after the filing of an answer or other responsive pleading to the amended operative complaint.

**IT IS SO ORDERED.**

DATED: 10/23/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ORDER GRANTING EX PARTE
TO EXTEND TIME
CASE NO. 4:21-CV-07250-HSG